NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1397
(Reexamination Nos. 90/006,411 and 90/006,881)

IN RE CALGON CARBON CORPORATION

Thomas C. Wettach, Cohen & Grisgy, P.C., of Pittsburgh, Pennsylvania, argued for appellant. With him on the brief was Christine W. Trebilcock.

Frances M. Lynch, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Acting Solicitor, and Thomas L. Stoll, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
                      Board of Patent Appeals and Interferences

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1397
(Reexamination Nos. 90/006,411 and 90/006,881)

IN RE CALGON CARBON CORPORATION

# Judgment

ON APPEAL from the     United States Patent and Trademark Office
Board of Patent Appeals and Interferences

in CASE NO(S).         90/006,411 and 90/006,881.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER and RADER, <u>Circuit Judges</u> and POSNER, <u>District Judge</u>.*)

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>March 6, 2009</u>         <u>/s/ Jan Horbaly</u>
                    Jan Horbaly, Clerk

*    Honorable Richard A. Posner, United States Court of Appeals for the Seventh Circuit, sitting by designation.